FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

2017 FEB 16  PM 3: 39

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Civil Action No. _____

(To be supplied by the court)

_Anthony Graham_____, Plaintiff,

v.

_Data concepts Inc_____,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

_____

**COMPLAINT**

_____

(Rev. 07/06)

**PARTIES**

1.  Plaintiff _Anthony Graham_ is a citizen of _USA_
    who presently resides/at the following address:
    _11705 zenobia loop, westminster co 80031_

2.  Defendant _Data Concepts inc_ is a citizen of _____
    who live(s) at or is/are located at the following address:
    _4405 cox Rd, Glen Allen_

3.  Defendant _____ is a citizen of _____
    who live(s) at or is/are located at the following address:
    _____

(Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4.  Jurisdiction is asserted pursuant to following statutory authorities:
    _____
    _____
    _____

5.  Briefly state the background of your case:

    I worked for the company and was not paid
    the last month. I was told that I needed
    To get some other work completed first.
    I believe that this was due to my race
    and disability because of of coments I over
    heard.

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
### (Please number your paragraphs and attach any necessary additional pages.)

1. My disability forbids me to work more than 20 hours because I have to take my leg off every 4~5 hours. Sometimes more often. So my income is minimal and my wife is NOT working at all. She has been looking

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

**THIRD CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Date: 1/16/17

_____
(Plaintiff's Original Signature)

11705 Zenobia loop
(Street Address)

Westminster Co 80031
(City, State, ZIP)

720-648.0602
(Telephone Number)

(Rev. 07/06)                                                6



**Colorado Division of Labor Standards and Statistics**
**WAGE AND HOUR COMPLAINT**

633 17ᵗʰ Street, Suite 600
Denver, Colorado 80202-2107
Telephone (303) 318-8441
Fax (303) 318-8400
Toll Free (888) 390-7936
www.colorado.gov/cdle/labor

Office Use Only:

| CLAIM #: | COMP INVESTIGATOR | DATE ASSIGNED: |
|---|---|---|
| | | |

This form is used to report *employers* who may be in violation of Colorado wage and hour laws and regulations. This form must be filled **completely**, as well as signed and dated. Failure to do so will delay the processing of this complaint.

## Section I: Complainant Information

| ☑MR. ☐MS. | FIRST NAME anthony | LAST NAME graham | DAYTIME PHONE 7206480602 |
|---|---|---|---|
| MAILING ADDRESS 11705 zenobia loop | | | ALTERNATE PHONE |
| CITY westminster | STATE co | ZIP CODE 80031 | EMAIL ADDRESS anthgraham@gmail.com |
| JOB TITLE/POSITION SCCM technician | DESCRIBE THE WORK PERFORMED FOR THE EMPLOYER maintatinged and updated the SCCM servers | | |

| DATE STARTED WORK 01/15/16 | PLEASE CHECK ONE: ☐ STILL EMPLOYED WITH EMPLOYER   ☐ QUIT/RETIRED as of _____   ☑ TERMINATED as of 07/15/16 |
|---|---|

Was any of the work for which you are claiming wages performed outside of Colorado?    ☐ YES*  ☑NO
*The Division can only investigate wage complaints for work performed in the State of Colorado. If you are owed wages for work performed out-of-state, please contact the specific state(s) in which the work was performed. If you have questions, please call the Division to speak to a Compliance Investigator.

Have you taken legal action against the employer in this matter?    ☐ YES*  ☑NO
*If you have already pursued the wage complaint in court, you may not subsequently use the Division complaint process to address the same wage complaint previously pursued in court. If you have questions, please call the Division to speak to a Compliance Investigator.

## Section II: Employer Information

| NAME OF COMPANY (cannot be a government agency or school district) Data concepts inc | OWNER'S NAME (if known) |
|---|---|
| COMPANY MAILING ADDRESS (often found on pay statements or paychecks) 4405 Cox Rd, suite 140 | OWNER'S PHONE (if known) |
| CITY Geln Allen | STATE CA | ZIP CODE 23060 | COMPANY PHONE (if different from owner's) 8049684700 |
| ADDRESS WHERE YOU WORKED (if different from above) 633 E 17th st | EMAIL ADDRESS |
| CITY denver | STATE co | ZIP CODE 80203 | TYPE OF COMPANY (e.g., construction, restaurant, janitorial, etc.) |
| Has the company filed for bankruptcy?  ☐YES ☑NO ☐UNKNOWN | Is the company still in business?  ☑YES ☐NO ☐UNKNOWN |

## Section III: Wage Complaint Information

| Check all that apply and enter the corresponding gross amounts (before taxes) claimed in the columns to the right. | Gross Amount Claimed For Wages Earned PRIOR to January 1, 2015† | Gross Amount Claimed For Wages Earned ON or AFTER January 1, 2015† | Total Gross Amount of Wages Claimed† |
|---|---|---|---|
| ☑ FINAL WAGES NOT PAID (Complete Worksheet A attached.) | $ | $ 3,840.00 | $ 3,840.00 |
| ☐ HOURS WORKED NOT PAID other than final wages | $ | $ | $ |
| ☐ OVERTIME NOT PAID (Complete Worksheets A and B attached.) | $ | $ | $ |
| ☐ MINIMUM WAGE NOT PAID (Complete Worksheet A attached.) | $ | $ | $ |
| ☐ MEAL PERIODS WORKED, NOT PAID (Complete Worksheet A attached.) | $ | $ | $ |
| ☐ COMMISSION OR BONUS NOT PAID (Complete Worksheet C attached.) | $ | $ | $ |
| ☐ VACATION PAY UPON SEPARATION NOT PAID (Attach copy of employer's vacation policy, if available.) | $ | $ | $ |
| ☐ DEDUCTIONS FROM PAYCHECK not permitted by law | $ | $ | $ |
| ☐ BOUNCED PAYCHECK (Attach copy, if available.) | $ | $ | $ |
| ☐ OTHER (Specify): | $ | $ | $ |
| **TOTALS:** | $ | $ 3,840.00 | $ 3,840.00 |

† Failure to enter the amount of wages owed will delay the processing of this complaint.

Colorado Division of Labor Standards and Statistics| 633 17ᵗʰ Street, Suite 600 | Denver, Colorado 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400
Website: www.colorado.gov/cdle/labor | E-mail: cdle_labor_standards@state.co.us

August 2016

## Section III: Wage Complaint Information *continued*

| RATE OF PAY: | How often were you paid? | | DATE OF MOST RECENT PAYCHECK (Attach copy of pay stub, if available.) |
|---|---|---|---|
| ☑ Hour ☐ Month per ☐ Day ☐ Piece ☐ Week ☐ Other Other Rate: _____ $ 24.00 | ☐ Daily ☑ Weekly ☐ Monthly | ☐ Every other week* ☐ Twice monthly* *These are not the same. Please call the Division if you have questions. | |

| Do you owe the employer any money? | Do you have any property that belongs to the employer?   ☐ YES  ☑ NO |
|---|---|
| ☐ YES  ☑ NO | If yes, list all items belonging to the employer (attach additional pages as necessary): |
| If yes, amount owed:  $ _____ | 1. |
| Is there a written agreement? | 2. |
| ☐ YES  ☐ NO (If yes, attach copy.) | 3. |
| | Is there a written agreement? ☐ YES ☑ NO (If yes, attach copy.) |

| DEDUCTIONS: For deduction claims, what is the nature of the deduction(s)? | Did you authorize the deductions from your wages in writing? |
|---|---|
| | ☐ YES ☐ NO ☐ NOT SURE (If yes, attach copy of authorization.) |

## Section IV: Written Demand sent to Employer for Payment of Unpaid Wages

"Written Demand" means any written demand for wages from or on behalf of an employee mailed or delivered to the employer's correct address.

| Was a written demand for payment mailed, emailed, or delivered by you to the employer?  ☑ YES  ☐ NO If yes, attach proof the demand was sent to the employer (if available) and complete this section. | |
|---|---|
| Date Demand was mailed, emailed, or delivered 08/01/16 | Person to whom Demand was mailed, emailed or delivered |
| Address where Demand was mailed, emailed, or delivered 4405 Cox RD Suite 140 | Date of employer response (Attach copy, if applicable.) |
| City Glen Allen   State VA   Zip Code 23060 | Employer's reason for not paying wages (if one was provided) None provided |

## Section V: Non-Wage Complaint Information

TYPE OF COMPLAINT:  ☐ Wages Paid, But Not Timely  ☐ Itemized Pay Statement(s) not Provided  ☐ Rest and Meal Period Violations (no wages owed)  ☐ Other (specify):

## Section VI: Additional Information

Explain in detail why you are filing this complaint and show how you calculated the specific amount(s) you are claiming. Attach additional sheets as necessary. Please also provide copies of any records you have that will help the Division understand your complaint (e.g., time records, company policies, pay stubs, etc.).

I was not paid the last week because they stated the manager would not approve my time until i completed some other work. it took me 3 weeks to completed what was requested. I was able to deliver the 3 items .

## Before submitting this wage complaint:

By signing this "Wage and Hour Complaint" you are agreeing to the following:

- I have been notified and understand that any person providing false information to the Division in order to obtain and/or retain anything of value may be subject to criminal prosecution under the laws of the State of Colorado with possible penalties of imprisonment, fines, or both.
- I hereby certify that this is a true statement of monies owed, and authorize the Division to investigate and assist in this matter.
- I understand that the Division does not guarantee a resolution to this dispute, and that I may have to pursue the matter further in court, with an attorney, with another agency, or through other methods.
- I understand that any information supplied to the Division may be provided to the employer, the agents of the employer involved in the dispute, and other agencies or individuals as the Division deems appropriate.
- I understand that the Division cannot legally order the payment of wages and penalties for wages earned before January 1, 2015.
- I understand that the Division cannot legally order the payment of wages in excess of $7,500.
- I declare under penalty of perjury § 18-8-501, et seq., C.R.S. that the information provided is true and correct.

Anthony Graham
_____ Name

_____ Signature

02/16/17
_____ Date

Date Received

Colorado Division of Labor Standards and Statistics | 633 17th Street, Suite 600 | Denver, Colorado 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400
Website: www.colorado.gov/cdle/labor | E-mail: cdle_labor_standards@state.co.us

August 2016

**Worksheet A - Wages Earned for Time Worked and Unpaid:**

To be completed if you are claiming final wages, hours worked not paid, overtime, minimum wage, meal periods worked not paid.

**For Allegations of Unpaid Wages (Regular or Overtime), Please Complete the Table Below.**

If additional space is needed, please make copies as needed.

| | | Day 1 | Day 2 | Day 3 | Day 4 | Day 5 | Day 6 | Day 7 | Overtime Hours | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| Week 1 | Date | 06/14/16 | 06/15/16 | 06/16/16 | 06/17/16 | 06/18/16 | | | | 40.00 |
| | Time In | 7:00 am | 7:00 am | 7:00 am | 7:00 am | 7:00 am | | | | |
| | Time Out | 3:00 pm | 3:00 pm | 3:00 pm | 3:00 pm | 3:00 pm | | | | |
| | Length of Meal Period | | | | | | | | | |
| | Daily Hours | 8.00 | 8.00 | 8.00 | 8.00 | 8.00 | | | | |
| Week 2 | Date | 06/20/16 | 06/21/16 | 06/22/16 | 06/23/16 | 06/24/16 | | | | 40.00 |
| | Time In | 7:00 am | 7:00 am | 7:00 am | 07:00 | 7:00 am | | | | |
| | Time Out | 3:00 pm | 3:00 pm | 3:00 pm | 3:00 pm | 3:00 pm | | | | |
| | Length of Meal Period | | | | | | | | | |
| | Daily Hours | | | | | | | | | |
| Week 3 | Date | 06/28/16 | 06/29/16 | 06/30/16 | 07/01/16 | 07/02/16 | | | | 40.00 |
| | Time In | 7:00 am | 7:00 am | 7:00 am | 7:00 am | 7:00 am | | | | |
| | Time Out | 3:00 pm | 3:00 pm | 3:00 pm | 3:00 pm | 3:00 pm | | | | |
| | Length of Meal Period | | | | | | | | | |
| | Daily Hours | | | | | | | | | |
| Week 4 | Date | 07/05/16 | 07/06/16 | 07/07/16 | 07/08/16 | 07/09/16 | | | | 40.00 |
| | Time In | 7:00 am | 7:00 am | 7:00 am | 7:00 am | 7:00 am | | | | |
| | Time Out | 3:00 pm | 3:00 pm | 3:00 pm | 3:00 pm | 3:00 pm | | | | |
| | Length of Meal Period | | | | | | | | | |
| | Daily Hours | | | | | | | | | |

Hourly Wage: $24.00 _____ x Total Hours : 160.00 _____ = Amount Earned At Regular Rate: $3,840.00 _____

Overtime Wage: _____ x Overtime Hours : _____ = Amount Earned At Overtime Rate: _____

Amount Earned at Regular Rate: _____ + Amount Earned at Overtime Rate: _____ = Total Earned: _____

Total Earned: $3,840.00 - Total Paid: $0.00 _____ = Amount Claimed: $3,840.00 _____

**Worksheet B – Overtime worked and unpaid:**

To be used if you are claiming that you are owed for overtime that was not paid. NOTE: Overtime is paid for work performed in excess of 40 hours per workweek, 12 hours per workday, or 12 consecutive hours.

| | Workweek Ending | Hourly Rate | Overtime Rate | Number of Overtime Hours | Amount Earned | Amount Paid | Amount Owed |
|---|---|---|---|---|---|---|---|
| 1. | | $ | $ | | $ | $ | $ |
| 2. | | $ | $ | | $ | $ | $ |
| 3. | | $ | $ | | $ | $ | $ |
| 4. | | $ | $ | | $ | $ | $ |
| 5. | | $ | $ | | $ | $ | $ |
| 6. | | $ | $ | | $ | $ | $ |
| 7. | | $ | $ | | $ | $ | $ |
| 8. | | $ | $ | | $ | $ | $ |

Employer's Workweek (for example, Sunday through Saturday, Monday through Sunday, etc.): _____

Total Overtime Hours _____ x Overtime Rate _____ = Amount Claimed: _____

Colorado Division of Labor Standards and Statistics | 633 17ᵗʰ Street, Suite 600 | Denver, Colorado 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400
Website: www.colorado.gov/cdle/labor | E-mail: cdle_labor_standards@state.co.us

August 2016

**Worksheet C – Commission or Bonus**:

To be completed if you are claiming you are owed wages for commissions or bonuses that were earned and unpaid. Provide a copy of the agreement if available. If additional space is needed, please make copies as needed.

| | |
|---|---|
| 1. WHEN ARE COMMISSIONS/BONUSES EARNED? (i.e., date of sale, date of delivery, or date of payment, etc.) | 2. WERE COMMISSIONS/BONUSES SUBJECT TO RETURN, CANCELLATIONS, OR CHARGE BACKS?<br><br>☐ YES          ☐ NO<br><br>IF YES, PLEASE EXPLAIN: |
| 3. DID THE AGREEMENT CALL FOR A DRAW AGAINST COMMISSIONS/BONUSES?<br><br>☐ YES      ☐ NO | 4. DID YOU SIGN A SEPARATION AGREEMENT? If yes, provide a copy.<br><br>☐ YES          ☐ NO |
| 5. IF YOU ANSWERED YES TO #3, EXPLAIN: | 6. WAS THERE A WRITTEN COMMISSION OR BONUS AGREEMENT? If yes, provide a copy.<br><br>☐ YES          ☐ NO |

## COMMISSIONS EARNED

| Date of Sale | Name of Customer or Invoice/ Reference # | Amount of Sale | Rate of Commission | Amount of Commission Due | Date Commission Payable | Date and Amount Paid (if any) | Balance Due |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Total Amount Owed: | $ |

## BONUSES EARNED

| Description of Bonus, Including When It Was Earned | Date the Bonus Was Earned | Gross Amount Owed |
|---|---|---|
| | | |
| | | |
| | | |
| | Total Amount Owed: | $ |

Colorado Division of Labor Standards and Statistics | 633 17th Street, Suite 600 | Denver, Colorado 80202-2107
Main: (303) 318-8441 | Toll Free: 1-888-390-7936 | Fax: (303) 318-8400
Website: www.colorado.gov/cdle/labor | E-mail: cdle_labor_standards@state.co.us

# DEMAND FOR PAYMENT OF WAGES

TO:   Data Concepts INC

<u>(COMPANY NAME)</u>

<u>(OWNERS - OFFICERS)</u>

4405 Cox RD #140

<u>(STREET ADDRESS)</u>

Glen allen,VA, 23060

<u>(CITY, STATE, ZIP)</u>

FROM:   Anthony Graham

<u>(EMPLOYEE)</u>

11705 zenobia loop

<u>(STREET ADDRESS)</u>

westminster, Co, 80031

<u>(CITY, STATE, ZIP)</u>

---

CHECK THE BOX(ES) BELOW THAT APPLY:

☐ **Termination of employment – wages and compensation due**

   ☐ When termination by an employer occurs, wages and compensation are due and payable IMMEDIATELY unless one of the following exceptions is met:

     1. If the employer's accounting unit, responsible for payroll checks is not regularly scheduled to be operational. Wages are due and payable no later than six hours after the start of the employer's accounting unit's next regular workday.
     2. If the employer's accounting unit is located off the work site, the employer shall deliver the check for wages due no later than twenty-four hours after the start of the accounting unit's next regular workday.

   ☐ When the employee quits or resigns, wages and compensation are due and payable upon the next regular payday

I hereby make a formal demand of payment of wages and compensation due me in accordance with Title 8, Article 4 of Colorado Revised Statutes, as amended. Refusal to pay me or my designated agent may subject you to a significant penalty that may meet or exceed 125% of the amount owed, or up to 10 days of compensation, whichever is greater, pursuant to 8-4-109, C.R.S..

☑ **Non-payment of wages and compensation (also vacation, commission, bonuses, etc.)**

All wages and compensation shall be due and payable on regular paydays no later than ten days following the close of each pay period unless the employer and the employee mutually agree on an alternative period.

I hereby make a formal demand for payment of wages and compensation due me in accordance with Title 8, Article 4 of the Colorado Revised Statutes, as amended. Refusal to pay me or my designated agent in accordance with the law may subject you to penalties of 50 dollars per day commencing from the date that such wages first became due and payable.

---

I AM OWED APPROXIMATELY $ <u>3840</u> IN WAGES AND COMPENSATION

---

<u>(Employee Signature)</u>     8/27/16 <u>(Date)</u>

---

**THIS FORM IS PROVIDED BY THE DIVISION OF LABOR AS AN ADMINISTRATIVE COURTESY. THE DIVISION OF LABOR HAS MADE NO DETERMINATION AS TO THE VALIDITY OF THE CHARGES.**