# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00439-GPG

ANTHONY GRAHAM,

    Plaintiff,

v.

DATA CONCEPTS INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

On February 16, 2017, Plaintiff submitted *pro se* a Complaint (ECF No. 1) and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) (ECF No. 2). The Court granted him leave to proceed *in forma pauperis* (ECF No. 4). On review of the Complaint, the Court determined it was legally deficient and entered an Order Directing Plaintiff to File Amended Complaint on February 22, 2017 (ECF No. 5).

In the Order Directing Plaintiff to File Amended Complaint, the Court correctly determined that the Complaint failed to comply with applicable law and stated with detail what Plaintiff needed to do to allege cognizable claims. (*See id.*). The Court provided him with thirty days from the date of the Order to comply. (*Id.*). The Court warned that the failure to timely file an Amended Complaint could result in the dismissal of this action without further notice. (*Id.*). It came to the Court's attention that Plaintiff may not have received a copy of the Order (ECF No. 6), thus the Court *sua sponte* extended the time for Plaintiff to comply with the Order up to and including April 14, 2017 (ECF No. 7).

In the Order Directing Plaintiff to File Amended Complaint, the Court further

1

warned:

> If Plaintiff fails within the time allowed to file an Amended Complaint that complies with this Order and the pleading requirements of the Federal Rules of Civil Procedure, this case will be dismissed without prejudice. However, Plaintiff is warned that, even if this case is dismissed without prejudice, the dismissal may act as a dismissal with prejudice if the time for filing expires. *See Rodriguez v. Colorado*, 521 F. App'x 670, 671-72 (10th Cir. 2013). Pursuant to 42 U.S.C. § 2000e-5(f)(1), a claimant has ninety days to file a civil action after receiving a notice of right to sue from the EEOC.

(ECF No. 5 at 4).

Plaintiff has not filed an Amended Complaint as directed, requested an extension of time to do so, or otherwise communicated with the Court. (*See* docket). Due to Plaintiff's failure to comply with the Court's Orders directing him to file an amended pleading, this action will be dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the U.S. Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Orders (ECF Nos. 5, 7) and failure to prosecute. As warned above, this dismissal may operate as one with prejudice if the time for filing a Complaint has expired. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is

DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  24th  day of   April  , 2017.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court