**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00439-LTB

ANTHONY GRAHAM,

      Plaintiff,

v.

DATA CONCEPTS INC.,

      Defendant.

---

### JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 24, 2017, it is hereby

      ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

      DATED at Denver, Colorado, this 24 day of April, 2017.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ A. García Gallegos
                          Deputy Clerk